UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

CIVIL MINUTE ORDER

DATE: April 21, 2017                                         Time in Court: 14 minutes

JUDGE: JEFFREY S. WHITE                         Court Reporter: Raynee Mercado

Courtroom Deputy: Jennifer Ottolini

CASE NO. C-16-6642  JSW

TITLE:  State Farm Life Insurance Company v. Angela de la Uz, et al.,

| COUNSEL FOR PLAINTIFF: | COUNSEL FOR DEFENDANT: |
|---|---|
| Robert Pohls | Don Lesser |

PROCEEDINGS:   Initial Case Management Conference

RESULTS:   Further Case Management Conference:    6-9-17 at 11:00 am
Supplemental CMC statement due:    6-2-17

Defendants appearing have no objection to the depositing of funds in the Court Registry, however they do object to the release of the funds.

ADR:  Court mediation to be completed by 6-20-17*

   *Plaintiff may appear via telephone pursuant to guidelines to be set forth by the ADR department.

cc: ADR