ALTERNATIVE DISPUTE RESOLUTION PROGRAM
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**HOWARD A. HERMAN**
DIRECTOR

**TAMARA LANGE**
ADR PROGRAM ATTORNEY & MEDIATOR

450 GOLDEN GATE AVENUE
SAN FRANCISCO, CA 94102
TEL: (415) 522-2199
FAX: (415) 522-4112

Writer's Direct Dial:
415-522-2059

April 26, 2017

To:    Counsel of Record

Re:    State Farm Life Insurance Company v. de la Uz
        Case No. C 16-06642 JSW MED

Dear Counsel:

The ADR Program would like to convene a conference call with a member of the ADR Program Legal Staff to discuss the ADR referral. We have scheduled this call for **May 11, 2017 at 11:00 AM Pacific time.**

For the convenience of the parties, the court has arranged for a dial-in conference line for this call. The call-in information is as follows:

**Call-in Number:**    605-475-3200

**Access Code:**    997220

If we do not hear otherwise we will assume you are available. Please email me at Claudia_Forehand@cand.uscourts.gov if you have scheduling concerns.

Thank you for your attention to this matter.

Sincerely,

/s/

Claudia Forehand
ADR Case Administrator
Claudia_Forehand@cand.uscourts.gov